[No. 4494-3-II.   Division Two.   April 28, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
THORLIEF CHRISTIANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 79-1-00334-4, J. Dean Morgan, J., entered
December 6, 1979. *Affirmed* by unpublished opinion per
Petrich, J., concurred in by Reed, C.J., and Petrie, J.

[No. 5171-1-II.   Division Two.   April 28, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD H.
DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 6757, John H. Kirkwood, J., entered
October 31, 1980. *Affirmed* by unpublished opinion per
Petrich, J., concurred in by Reed, C.J., and Worswick, J.

[No. 4367-3-III.   Division Three.   April 29, 1982.]

PEDRO RODRIGUEZ, *Appellant,* v. CLEVE V. CALAHAN,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 79-2-01285-7, Bruce P. Hanson, J.,
entered December 30, 1980. *Affirmed* by unpublished opin-
ion per McInturff, C.J., concurred in by Green and Roe, JJ.

[No. 4178-5-III.   Division Three.   April 29, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. KERRY
FLOYD NICOLLE, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 80-1-00224-5, John J. Ripple, J.,
entered September 11, 1980. *Affirmed* by unpublished
opinion per Green, J., concurred in by McInturff, C.J., and
Roe, J.